UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                Case No.:    3:17-cr-83-PG

ALEXYS RIVERA CUEVAS,

    Defendant.
_____/

## INFORMATIVE MOTION / NOTICE OF WITHDRAWAL OF "MOTION TO SUPPRESS" (DOC. 17) & INTENTION TO PROCEED TO GUILTY PLEA HEARING

COMES NOW, the Defendant, ALEXYS RIVERA CUEVAS, by and through his undersigned counsel, and hereby files this his Informative Motion / Notice of Withdrawal of Motion to Suppress (Doc. 17) and Intention to Proceed to Guilty Plea Hearing, and in support states as follows:

1. Subsequent to the motion to suppress being filed, the Government permitted inspection of and access to evidence that he rendered the previously filed motion to suppress and arguments therein as moot. The Defendant will be pleading guilty and not pursuing the motion to suppress or a trial in this case.

2. The Defendant has instructed undersigned counsel to withdraw the above referenced motion and undersigned counsel is in agreement with that instruction.

3. At the status conference immediately after the motion to suppress was filed, undersigned counsel informed the Court that the motion was dispositive and that, if denied, that the defendant would be entering a plea of guilty. Therefore, if possible, undersigned counsel and the Defendant request that the Court conduct

1

the change of plea hearing at the same time and date as the currently scheduled hearing time of tomorrow, August 24, 2017 at 9:30 a.m.

WHEREFORE, the Defendant, ALEXYS RIVERA CUEVAS by and through his undersigned counsel prays this Honorable Court takes notice of the withdrawal of the motion to suppress and permits him to enter a plea of guilty.

By: /s/ Tim Bower Rodriguez
Tim Bower Rodriguez, Esq.
Florida Bar No.: 0151890
Tim Bower Rodriguez, PA
601 N. Ashley Dr., Ste 310
Tampa, Florida 33602
Direct: (813) 384-7555
Email: t@bowerrodriguez.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on August 23, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to counsel of record.

By: /S/ Tim Bower Rodriguez